## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; and HEALTHY GULF, | ) ) ) | Civil Case No. 1:22-cv-1877-RDM |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service, and DEB HAALAND, in her official capacity as Secretary of the United States Department of the Interior, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) ) | |

### FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR A
### 30-DAY EXTENSION TO THE CURRENT SCHEDULE

Defendants, the United States Fish and Wildlife Service ("Service"), Martha Williams, in her official capacity as Director of the Service, and Deb Haaland, in her official capacity as Secretary of the United States Department of the Interior (collectively, "Federal Defendants"), respectfully request that the Court grant this motion for a 30-day extension of the current schedule, including the deadlines set forth in Local Civil Rules 7(n)(1) and 16.3, and the Court's Order dated November 27, 2022. ECF No. 14. In support of this motion, Federal Defendants state as follows:

1. Federal Defendants seek a 30-day extension of the current schedule so that they may continue to confer internally regarding how they intend to proceed with the litigation.

2. Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel consents to Federal Defendants' motion for a 30-day extension of the current schedule.

Accordingly, Federal Defendants respectfully request that the Court vacate the current schedule as set forth in Local Civil Rules 7(n)(1) and 16.3, and the Court's Order dated November 27, 2022, and extend the current deadlines in this matter as follows:

1. **January 23, 2023**: Federal Defendants' deadline to lodge the administrative record.

2. **February 3, 2023**: The parties' deadline to submit a report and a proposed scheduling order pursuant to Local Civil Rule 16.3(d).

3. **February 10, 2023**: The parties' deadline to appear for an Initial Scheduling Conference by video conference at 9:00 a.m., or as soon thereafter as this matter may be heard.

Dated:  December 20, 2022              Respectfully submitted,

                                       TODD KIM, Assistant Attorney General
                                       S. JAY GOVINDAN, Section Chief
                                       MEREDITH L. FLAX, Assistant Section Chief

                                       */s/ Chris Carrara*_____
                                       CHRISTIAN H. CARRARA, Trial Attorney
                                       NJ Bar No. 317732020
                                       United States Department of Justice
                                       Environment and Natural Resources Division
                                       Wildlife and Marine Resources Section
                                       P.O. Box 7611, Ben Franklin Station
                                       Washington, D.C. 20044-7611
                                       Phone: (202) 305-0217
                                       Fax: (202) 305-0275
                                       Email: christian.carrara@usdoj.gov

                                       *Attorneys for Federal Defendants*